UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
UNITED STATES OF AMERICA,                )
                                                   Plaintiff, )
     v.                                                           )
BENJAMIN KEVIN MITCHELL,              )
              Defendant/Judgment Debtor,     )
     v.                                                           )
MIKRON WASHINGTON, LLC,                )
                                             Garnishee. )
_____)

Case No. MC17-0115RSL

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT
AND NOTICE TO DEFENDANT/
JUDGMENT DEBTOR

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Benjamin Kevin Mitchell, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Mikron Washington, LLC. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on September 15, 2017. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

Dated this 19th day of September, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT         -2-