UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN KEVIN MITCHELL,<br><br>Defendant,<br><br>MICRON WASHINGTON, LLC,<br><br>Garnishee. | CASE NO. C17-1491JLR<br><br>ORDER |

Before the court is Defendant Benjamin Mitchell's request for a hearing in the above-captioned garnishment proceeding. (Request (Dkt. # 6).) The court GRANTS Mr. Mitchell's request and schedules a hearing for Thursday, November 2, 2017, at 1:30 p.m. At the hearing, each party will be limited to 15 minutes.

Plaintiff United States of America's ("the Government") response to Mr. Mitchell's objections is due no later than Tuesday, October 24, 2017. Mr. Mitchell's

reply, if any, to the Government's response is due no later than Tuesday, October 31, 2017.

IT IS SO ORDERED.

Dated this 12th day of October, 2017.

JAMES L. ROBART
United States District Judge