**The Honorable James L. Robart**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN KEVIN MITCHELL,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>MIKRON WASHINGTON, LLC.,<br><br>Garnishee. | NO. 2:17-CV-01491-JLR<br><br>(2:07-CR-00095-RSL-1)<br><br>[Proposed] Continuing Garnishee Order |



A Writ of Continuing Garnishment, directed to Garnishee, Mikron Washington, LLC (Mikron), has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Mikron filed an Answer on October 13, 2017, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Benjamin Kevin Mitchell (Mr. Mitchell), was an active employee who was paid bi-weekly.

After notification of the garnishment proceeding was mailed to the parties on or about September 19, 2017, the Defendant/Judgment Debtor

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Benjamin Kevin Mitchell and Mikron Washington, LLC*, Court Nos. 2:17-cv-01491-JLR & 2:07-cr-00095-RSL-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

objected to the garnishment and requested a hearing. The Court held a hearing and overruled Mr. Mitchell's objections on November 2, 2017.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Mikron Washington, LLC, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Benjamin Kevin Mitchell, upon each period of time when Defendant/Judgment Debtor Mitchell is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Mitchell's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Mitchell's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:07-CR-00095-RSL-1 and 2:17-CV-01491-JLR, and delivered either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Benjamin Kevin Mitchell and Mikron Washington, LLC*, Court Nos. 2:17-cv-01491-JLR & 2:07-cr-00095-RSL-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 3RD day of December, 2017.

_____
JUDGE JAMES L. ROBART
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Benjamin Kevin Mitchell and Mikron Washington, LLC*, Court Nos. 2:17-cv-01491-JLR & 2:07-cr-00095-RSL-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970